**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Ronald Dale DUNN,
Defendant-Appellant.**

No. 81–1200.

United States Court of Appeals,
Fifth Circuit.

April 29, 1987.

Louis Dugas, Jr., Orange, Tex., for Dunn.

Stephen Shelnutt, Charles T. Newlin, John F. Hirling, Houston, Tex., for Carpenter.

Robert Lyle Carpenter, pro se.

Sidney Powell, Asst U.S. Atty., Helen M. Eversberg, U.S. Atty., San Antonio, Tex., Ann T. Wallace, Atty., Appellate Section, Crim. Div., Dept. of Justice, Washington, D.C., for the U.S.

OPINION ON REMAND FROM THE
SUPREME COURT OF THE
UNITED STATES

Before WISDOM and POLITZ, Circuit
Judges.*

PER CURIAM:

The Supreme Court granted a writ of
certiorari and in an opinion rendered March
3, 1987, in *United States v. Ronald Dale
Dunn,* — U.S. —, 107 S.Ct. 1134, 94
L.Ed.2d 326, reversed the decision of this
court, *United States v. Dunn,* 782 F.2d
1226 (5th Cir.1986) and remanded "for fur-
ther proceedings in conformity with the
opinion of this Court."

Consistent with the mandate of the Su-
preme Court, we now affirm the convic-
tions and sentence of Ronald Dale Dunn in
these proceedings.

AFFIRMED.